```
                         United States Bankruptcy Court
                          Eastern District of California

In re:                                                    Case No. 15-24907-B
Yvonne Lynn Silveira                                      Chapter 13
     Debtor              CERTIFICATE OF NOTICE

District/off: 0972-2          User: admin                 Page 1 of 2          Date Rcvd: Oct 02, 2019
                              Form ID: L160JJ             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Yvonne Lynn Silveira,    9411 Mainline Dr.,    Elk Grove, CA 95624-4402
aty            +Bryan Fairman,    4375 Jutland Drive, Suite 200,    San Diego, CA 92117-3600
aty            +Scott J. Sagaria,    3017 Douglas Boulevard #200,    Roseville, CA 95661-3837
tr              Russell D. Greer,    PO Box 3051,    Modesto, CA 95353-3051
cr             +Wells Fargo Bank, N.A.,    c/o Aldridge Pite, LLP,    4375 Jutland Dr #200,    PO Box 17933,
                 San Diego, CA 92177-7921
21509738       +1st National Coll,    610 Waltham way,    Sparks NV 89437-6695
21509741       +Atty Gen US Dept of Justice,    Civil Trial Sec Western Reg,    PO Box 683 Ben Franklin Stat,
                 Washington DC 20044-0683
21509742       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd Na,    Attn Centralized Bankruptcy,    Po Box 20363,
                 Kansas City MO 64195)
21509745       +Convergent,    PO Box 1022,    Wixom MI 48393-1022
21509746       +Flint C Zide,    Law Office of Harris Zide,    1445 Huntington Dr 300,
                 South Pasadena CA 91030-5475
21509751       +Mercedes-Benz of Sacramento,    1860 Howe Ave,    Sacramento CA 95825-1073
21562160       +Midland Credit Management  Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
21509753       +Park Mechanical,    7975 Ramona Ave,    Sacramento CA 95826-3846
21622520       +Park Mechanical,    MODIFIED,    8324 Luzon Ave,    Sacramento CA 95828-0951
21509754       +RC Willey Home Furnishings,    Attn Bankruptcy,    Po Box 65320,    Salt Lake City UT 84165-0320
21545944        RC Willey Home Furnishings Inc, dba RC Willey Fina,    PO Box 65320,
                 Salt Lake City, UT 84165-0320
21509757       +US Attorney Chief Tax Division,    For the CA Franchise Tax Board,    450 Golden Gate Ave,
                 10th Floor Box 36055,    San Francisco CA 94102-3661
21509758        Us Bank,    Cb Disputes,    Saint Louis MO 63166
21509760       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                 Frederick MD 21701)
21509759       +Wells Fargo Bank,    Attn Deposits Bankruptcy MAC P6103-05,    Po Box 3908,
                 Portland OR 97208-3908
21601023        Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                 3476 Stateview Blvd. Fort Mill, SC 29715
21627939        Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
21596416        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Oct 03 2019 05:58:19     Office of the U.S. Trustee,
                 Robert T Matsui United States Courthouse,    501 I Street, Room 7-500,
                 Sacramento, CA 95814-7304
21509739        E-mail/Text: bkr@cardworks.com Oct 03 2019 05:52:43      Advanta Bank,    P O Box 8088,
                 Philadelphia PA 19101
21509740       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 03 2019 05:58:21     Asset Acceptance,
                 P O Box 2036,    Warren MI 48090-2036
21509743       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2019 05:57:21
                 Comenity Bank Restoreration Hardware,    Attention Bankruptcy,    Po Box 182125,
                 Columbus OH 43218-2125
21509744       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2019 05:57:21      Comenity Bank vctrssec,
                 Po Box 182789,    Columbus OH 43218-2789
21531606        E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 03 2019 06:00:48      FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
21509747       +E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 03 2019 06:00:48      Franchise Tax Board,
                 Bankruptcy Unit Ste 120,    11031 Sun Center Dr,    Rancho Cordova CA 95670-6110
21509748       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 06:03:25      GECRB Lowes,
                 Attention Bankruptcy Department,    Po Box 103104,    Roswell GA 30076-9104
21509749       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 06:03:24      Gemb walmart,    Attn Bankruptcy,
                 Po Box 103104,    Roswell GA 30076-9104
21509750        E-mail/Text: cio.bncmail@irs.gov Oct 03 2019 05:56:28      Internal Revenue Service,
                 PO Box 21126,    Philadelphia PA 19114
21627984        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2019 06:04:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
21509752       +E-mail/Text: ebn@vativrecovery.com Oct 03 2019 05:56:51      Palisades Collection,
                 210 Sylvan Avenue,    Englewood Cliffs NJ 07632-2510
21573737        E-mail/Text: bnc-quantum@quantum3group.com Oct 03 2019 05:58:05
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
21509755       +E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 06:05:15      Syncb tjx Cos,    Po Box 965005,
                 Orlando FL 32896-5005
21619996        E-mail/PDF: gecsedi@recoverycorp.com Oct 03 2019 06:03:25      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
21515088        E-mail/Text: ebn@vativrecovery.com Oct 03 2019 05:56:51      VATIV RECOVERY SOLUTIONS LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    HOUSTON, TX 77240-0728
```

```
District/off: 0972-2          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2019
                              Form ID: L160JJ          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                      TOTAL: 16

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21622505*       +1st National Coll,    610 Waltham way,     Sparks NV 89437-6695
21622506*        Advanta Bank,    P O Box 8088,    Philadelphia PA 19101
21622507*       +Asset Acceptance,    P O Box 2036,    Warren MI 48090-2036
21622508*       +Atty Gen US Dept of Justice,    Civil Trial Sec Western Reg,    PO Box 683 Ben Franklin Stat,
                  Washington DC 20044-0683
21622509*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:    Citibank Sd Na,    Attn Centralized Bankruptcy,    Po Box 20363,
                  Kansas City MO 64195)
21622510*       +Comenity Bank Restoreration Hardware,    Attention Bankruptcy,    Po Box 182125,
                  Columbus OH 43218-2125
21622511*       +Comenity Bank vctrssec,    Po Box 182789,    Columbus OH 43218-2789
21622512*       +Convergent,    PO Box 1022,    Wixom MI 48393-1022
21622513*       +Flint C Zide,    Law Office of Harris Zide,    1445 Huntington Dr 300,
                  South Pasadena CA 91030-5475
21622514*       +Franchise Tax Board,    Bankruptcy Unit Ste 120,    11031 Sun Center Dr,
                  Rancho Cordova CA 95670-6110
21622515*       +GECRB Lowes,    Attention Bankruptcy Department,    Po Box 103104,    Roswell GA 30076-9104
21622516*       +Gemb walmart,    Attn Bankruptcy,    Po Box 103104,    Roswell GA 30076-9104
21622517*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:    Internal Revenue Service,    PO Box 21126,    Philadelphia PA 19114)
21622518*       +Mercedes-Benz of Sacramento,    1860 Howe Ave,    Sacramento CA 95825-1073
21622519*       +Palisades Collection,    210 Sylvan Avenue,    Englewood Cliffs NJ 07632-2510
21622521*       +Syncb tjx Cos,    Po Box 965005,    Orlando FL 32896-5005
21622522*       +Tate Kirlin Associates,    2810 South Hampton Road,    Philadelphia PA 19154-1207
21622523*       +US Attorney Chief Tax Division,    For the CA Franchise Tax Board,    450 Golden Gate Ave,
                  10th Floor Box 36055,    San Francisco CA 94102-3661
21622524*        Us Bank,    Cb Disputes,    Saint Louis MO 63166
21622526*      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court:    Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                  Frederick MD 21701)
21622525*       +Wells Fargo Bank,    Attn Deposits Bankruptcy MAC P6103-05,    Po Box 3908,
                  Portland OR 97208-3908
21509756       ##+Tate Kirlin Associates,    2810 South Hampton Road,    Philadelphia PA 19154-1207
                                                                                  TOTALS: 0, * 21, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
NONE.                                                         TOTAL: 0

FORM L160JJ Notice of Filing Trustee's Report and Account and of Order Fixing Deadline for Objection Thereto (v.3.15)

15–24907 – B – 13 G

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF FILING TRUSTEE'S REPORT AND ACCOUNT
## AND OF ORDER FIXING DEADLINE FOR OBJECTING THERETO

**Case Number:** 15–24907 – B – 13 G

**Debtor Name(s) and Address(es):**

Yvonne Lynn Silveira
9411 Mainline Dr.
Elk Grove, CA 95624

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Yvonne Lynn Zerbe
Yvonne Lynn Jack

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Trustee's Report and Account. The Trustee's Report and Account is available for inspection in the Office of the Clerk at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the Trustee's Report and Account must file a written objection within 33 days of the date of this Notice. The objection shall state with particularity the grounds therefor and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party upon the trustee, the trustee's attorney, if any, and unless filed by the United States Trustee, on the Office of the United States Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing and any supporting documents shall be filed concurrently with such pleadings, or not more than three days after they are filed.

If no objections are filed, no hearing will be calendared and the Trustee's Report and Account will be approved.

Dated:
10/2/19

For the Court,
Wayne Blackwelder , Clerk